LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE L. RODRIGUEZ, ) | No. CV 12-9256 JCG |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. ) | |
| CAROLYN W. COLVIN ) Acting Commissioner Of Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 00/100 ($2,274.00) subject to the terms of the stipulation.

    DATE: March 4, 2014    _____
                                          HON. JAY C. GANDHI
                                          UNITED STATES MAGISTRATE JUDGE